IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEKALB MEDICAL CENTER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SPECIALTIES & PAPER PRODUCTS UNION NO. 527 HEALTH AND WELFARE FUND and JAMES LASTINGER, <br><br> Defendants. | Civil Action No.: <br><br> 1:13-cv-00343-RLV |

### NOTICE OF RULE 30(b)(6) DEPOSITION
### OF CORPORATE DEFENDANT

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), beginning at 10:00 a.m. on October 30, 2013, Plaintiff DeKalb Medical Center, Inc., by and through its attorneys, will take the deposition of corporate defendant Specialties & Paper Products Union No. 527 Health and Welfare Fund (the "Welfare Fund"), upon oral examination, for purposes of discovery, cross-examination and all proper purposes under the Federal Rules of Civil Procedure, regarding the subjects identified on Exhibit A, attached hereto. The deposition will take place before a Notary Public or other officer duly authorized by law to administer oaths. The deposition is to be taken for use in this action, in the United

States District Court for the Northern District of Georgia, Atlanta Division, Civil Action File Number 1:13-cv-00343-RLV.

The deposition will take place at the Welfare Fund's office, located at 715 Veterans Memorial Hwy., Mableton, GA 30126. The deposition will be recorded both stenographically and by videotape.

The Welfare Fund shall designate the appropriate person or persons to appear and testify on its behalf regarding the subjects listed on Exhibit A.

Respectfully submitted, this 1st day of October 2013.

                                                                        S. Derek Bauer
                                                                         Georgia Bar No. 042537
                                                                         Darrell J. Solomon
                                                                         Georgia Bar No. 305922

McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198

                                                                       *Attorneys for Plaintiff*
                                                                       *DeKalb Medical Center, Inc.*

# EXHIBIT A

1. The Welfare Fund's administration of benefits to beneficiaries through its Summary and Plan Document Rules and Regulations.

2. The Welfare Fund's decision to deny the claims for medical services provided to Mr. Lastinger that are at issue in this dispute, including the bases for that decision and all internal discussions regarding that decision.

3. The Welfare Fund's contention that a "never event" occurred during the provision of medical services to Mr. Lastinger.

4. All communications between the Welfare Fund and Mr. Lastinger regarding the claims at issue, including without limitation the handwritten note to Mr. Lastinger that he "nearly died" (Welfare Fund Doc. 100145) and the attached article referencing "kinking of the endotracheal tube" (DMC Doc. 002036).

5. All communications between the Welfare Fund and DeKalb Medical regarding the denial of the claims at issue.

6. The Welfare Fund's waiver from the Affordable Care Act's $750,000 minimum annual limitation on benefits.

7. All contracts between the Welfare Fund and Beech Street, and amendments thereto.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEKALB MEDICAL CENTER, INC., | |
| Plaintiff, | Civil Action No.: |
| vs. | 1:13-cv-00343-RLV |
| SPECIALTIES & PAPER PRODUCTS UNION NO. 527 HEALTH AND WELFARE FUND and JAMES LASTINGER, | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the within and foregoing NOTICE OF RULE 30(b)(6) DEPOSITION OF CORPORATE DEFENDANT to Defendant's attorneys of record via U.S. Mail and email as follows:

>Norman J. Slawsky, Esq.
>Tessa A. Warren, Esq.
>Quinn, Connor, Weaver, Davies & Rouco LLP
>3516 Covington Highway
>Decatur, Georgia 30032
>nslawsky@gmail.com
>twarren@qcwdr.com

This 1st day of October 2013.

                                                         /s/ S. Derek Bauer

S. Derek Bauer
Georgia Bar No. 042537
Darrell J. Solomon
Georgia Bar No. 305922

McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198

*Attorneys for Plaintiff*
*DeKalb Medical Center, Inc.*

ATLANTA 5507315.1