## Solomon, Darrell

**From:** Norman Slawsky <nslawsky@gmail.com>
**Sent:** Tuesday, September 24, 2013 4:39 PM
**To:** Solomon, Darrell
**Subject:** Re: Deposition scheduling - DeKalb v. Union Welfare Fund

October 30 is the date at 10 am is the date and time at the Mableton location.

On Tue, Sep 24, 2013 at 4:32 PM, Solomon, Darrell <dsolomon@mckennalong.com> wrote:

Norman, October 30 will work for us. I will notice the deposition for 10:00am on Oct. 30 at the Welfare Fund office in Mableton. Thank you,

Darrell

**From:** Norman Slawsky [mailto:nslawsky@gmail.com]
**Sent:** Monday, September 23, 2013 1:47 PM
**To:** Solomon, Darrell
**Cc:** twarren@qcwdr.com; Bauer, Derek
**Subject:** Re: Deposition scheduling - DeKalb v. Union Welfare Fund

The deponents will be available on October 29 or 30 at the welfare fund office which is located at 715 Veterans Memorial Hwy., Mableton. GA 30126

On Mon, Sep 23, 2013 at 1:31 PM, Solomon, Darrell <dsolomon@mckennalong.com> wrote:

Norman, to follow up on my email of last week, have you had a chance to speak with the Welfare Fund regarding potential dates for a 30(b)(6) deposition? Thanks in advance,

Darrell

**From:** Solomon, Darrell
**Sent:** Tuesday, September 17, 2013 1:38 PM
**To:** nslawsky@gmail.com; twarren@qcwdr.com
**Cc:** Bauer, Derek

1

**Subject:** Deposition scheduling - DeKalb v. Union Welfare Fund

Norman,

We intend to notice the 30(b)(6) deposition of the Welfare Fund shortly, and I wanted to reach out to you first about the scheduling of that deposition. The topics we plan to cover are as follows:

- The Welfare Fund's administration of benefits to beneficiaries through its Summary and Plan Document Rules and Regulations

- The Welfare Fund's decision to deny the claims for medical services provided to Mr. Lastinger that are at issue in this dispute, including the bases for that decision and all internal discussions regarding that decision

- The Welfare Fund's contention that a "never event" occurred during the provision of medical services to Mr. Lastinger

- All communications between the Welfare Fund and Mr. Lastinger regarding the claims at issue, including without limitation the handwritten note to Mr. Lastinger that he "nearly died" (Welfare Fund Doc. 100145) and the attached article referencing "kinking of the endotracheal tube" (DMC 002036)

- All communications between the Welfare Fund and DeKalb Medical regarding the denial of the claims at issue

- The Welfare Fund's waiver from the Affordable Care Act's $750,000 minimum annual limitation on benefits

- All contracts between the Welfare Fund and Beech Street, and amendments thereto

We anticipate that the Welfare Fund will designate Debra Bailey and Ralph Meers to testify regarding these topics. In any event, would you please provide me with some workable dates in October to conduct a 30(b)(6) deposition of the Welfare Fund at our offices downtown? Thank you.

Best regards,

Darrell

2

**Darrell J. Solomon | Associate**
**McKenna Long & Aldridge LLP**
303 Peachtree Street | Suite 5300  Atlanta, GA  30308
Tel: 404.527.4988 | Fax: 404.527.4198 | dsolomon@mckennalong.com

Please consider the environment before printing this e-mail.

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of McKenna Long & Aldridge LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

--

Norman J. Slawsky
Quinn, Connor, Weaver, Davies & Rouco LLP
3516 Covington Highway
Decatur, GA 30032
404-299-1211 x25
404-299-1288-fax
nslawsky@gmail.com

*Confidentiality Notice: If you are not the intended recipient of this message, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. This communication may contain information that is proprietary, attorney/client privileged, attorney work product, confidential or otherwise legally exempt from disclosure. If you have received this message in error, please notify the sender immediately either by phone, (404)299-1211, or by return email and destroy all copies of this message (electronic, paper, or otherwise). Thank you.*

--

Norman J. Slawsky
Quinn, Connor, Weaver, Davies & Rouco LLP
3516 Covington Highway
Decatur, GA 30032
404-299-1211 x25
404-299-1288-fax
nslawsky@gmail.com